UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DENISE SNYDER, Administrator of the Estate of Bryan Bargar, | ) ) | |
| Plaintiff, | ) ) | CASE NO.:   19-cv-770 |
| v. | ) ) | JUDGE:  Hon. Sara Lioi |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT OF THE PARTIES

Per the Court's Case Management Plan [Doc. 15], the parties offer the following procedural joint status report.

**(1) Discovery during this reporting period:**

The parties have made initial disclosures.  The Defendant has served interrogatories and requests for production upon the Plaintiff.

**(2) Settlement discussions during this reporting period:**

The parties have scheduled a Mediation for December 3 with Jeffrey S. Wilkof.

**(3) Motions that have been filed or remain pending during this reporting period:**

None

**(4) Developments potentially leading to case schedule deviations:**

The parties are not aware of any developments that would lead to deviations.

Respectfully submitted,


| /s/ Tom Merriman | /s/ Robin Doyle Smith |
|---|---|
| | ROBIN DOYLE SMITH |
| Merriman Legando Williams & Klang, LLC | Senior Trial Counsel |
| Tom Merriman (0040906) | Torts Branch |
| Drew Legando (0084209) | United States Department of Justice |
| 1360 W. Ninth Street, Suite 200 | P.O. Box 888 |
| Cleveland, OH 44113 | Washington, DC 20044 |
| (216) 522-9000 (phone) | (202) 616-4289 (phone) |
| (216) 522-9007 (fax) | (202) 616-5200 (fax) |
| tom@merrimanlegal.com | robin.doyle.smith@usdoj.gov |
| drew@merrimanlegal.com | Attorney for Defendant |
| Attorneys for Plaintiff | |