UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

DENISE SNYDER

               Plaintiff

*v.*

UNITED STATES OF AMERICA

               Defendants

Case No. 1:19-cv-770

Judge Sara Lioi

## JOINT STATUS REPORT OF THE PARTIES

Per the Court's Case Management Plan (Doc. 15), the parties offer the following procedural joint status report.

**(1) Discovery during this reporting period:**

Defendant took the depositions of three (3) Ohio State Highway Patrol troopers who were involved in the investigation and/or reconstruction of the crash. In total, the Parties have now conducted twenty (20) discovery depositions. Fact witness depositions are now complete.

Defendant has designated a large number of documents as "Protected Material" under the Stipulated Protective Order. The Parties, after conferring by letter and phone conference, have been unable to resolve these issues. Plaintiff will file a motion with the Court.

**(2) Settlement discussions during this reporting period:**

None. Plaintiff's last demand was $19,000,000 (subject to approval by the Cuyahoga County Probate Court). Defendant has made no offer of settlement.

**(3) Motions that have been filed or remain pending during this reporting period:**

Plaintiff Snyder, along with Plaintiff Bentley in the consolidated case, filed Plaintiffs' Motion for Ruling on Admissibility of No-Contest Plea.   Defendant has filed its Brief in Opposition.   Plaintiffs Snyder & Bentley have filed an Unopposed Motion for an Additional fourteen (14) days to file their Reply Brief.

**(4) Developments potentially leading to case schedule deviations:**

Other than potential future disruptions related to the Coronavirus pandemic, the Parties are not currently aware of any developments which could lead to a schedule deviation.

Respectfully submitted,

*/s/Tom Merriman*
Tom Merriman (0040906)
Drew Legando (0084209)
**MERRIMAN, LEGANDO, WILLIAMS & KLANG, LLC**
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Phone: (216) 522-9000
Fax:    (216) 522-9007
Email: tom@merrimanlegal.com
Counsel for Plaintiff


JOSEPH H. HUNT
Assistant Attorney General – Civil Division
JAMES G. TOUGHEY, JR.
Director, Torts Branch

*/s/Robin Doyle Smith*
ROBIN DOYLE SMITH (41010)
Senior Trial Counsel
Torts Branch
United States Department of Justice
P.O. Box 888
Washington, DC 20044
Phone:        202-616-4289
Fax:           202-616-5200
Email:        Robin.Doyle.Smith@usdoj.gov
Counsel for Defendant United States of America